UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Aman Resorts Group Limited,<br><br>                              Debtor. | Chapter 11<br>Case No. 17-12811 (SCC) |

**DECLARATION OF SYED ALI FAROOQ IN SUPPORT OF LIGHTRAY IMAGING'S OPPOSITION TO THE MOTION TO DISMISS THE CHAPTER 11 CASE OF AMAN RESORTS GROUP LIMITED**

I, Syed M. Ali Farooq, declare as follows:

1.      I am a principal and one of the founders of LightRay Companies, LLC, a Delaware limited liability company, which is the parent of LightRay Imaging, Inc. ("LightRay"), a Delaware corporation. I submit this declaration in support of LightRay's opposition to the Motion to Dismiss the Chapter 11 Case of Aman Resorts Group Limited. I reside in Los Angeles, California.

2.      I understand that my relationship with Omar Amanat ("Mr. Amanat") has been raised and mischaracterized in these proceedings.

3.      In 2011, I married Sabeen Amanat. My wife's family is a large one with many well-known individuals. For example, her uncle, Frank Amanat, is a veteran federal prosecutor who works at the U.S. Attorney's office for the Eastern District of New York. My wife's family also includes Huma Abedin, Hillary Clinton's longest serving aide and vice chair of her 2016 campaign, as well as Sana Amanat, the Head of Content for Marvel Entertainment, who was honored by President Obama as a "real life superhero" at the White House. Though I learned after my wedding that Mr. Amanat was one of the members of her large extended family—he was by then a well-known entrepreneur—until reading the allegations lodged by Tarek, I did not

1

know the precise relationship between her and Mr. Amanat. I now know that Mr. Amanat is my wife's second cousin.

4. The first time I recall engaging in conversation with Mr. Amanat was three or four years ago when we were both guests at a wedding. We spoke briefly, and I told him about LightRay, which at the time was involved in the purchase and sale of medical claims and equipment. Over the next two years we saw one another and had casual conversations two or three more times at various functions. I told Mr. Amanat during one such function that I was considering expanding LightRay's business into other areas of claims trading, including distressed debt and creditor claims. Mr. Amanat indicated that he knew of a potential opportunity to purchase a creditor claim belonging to Erik Holling ("Mr. Holling"). Mr. Amanat explained that Mr. Holling had a claim for a finder's fee based on his introduction of Mr. Amanat to DLF Ltd, an Indian real estate development company that owned Aman Resorts. I thought it was an interesting prospect and discussed it further with my business partner and LightRay Managing Director, Jason Rosen ("Mr. Rosen").

5. In November 2016, Mr. Amanat introduced me to Mr. Holling by telephone. Thereafter, Mr. Rosen and I conducted due diligence on Mr. Holling's claim. As part of that due diligence, I contacted, through personal connections in India, Mohit Gujral ("Mr. Gujral"), the CEO of DLF Ltd., the former owner of Aman Resorts. Mr. Gujral was the childhood friend of Karan Singh, Mr. Holling's partner, and confirmed that Karan Singh made the initial introduction of Mr. Amanat to DLF in May 2013.

6. Following that due diligence, LightRay entered into a claims purchase agreement with Mr. Holling.

7.     Mr. Amanat has neither a formal nor informal position in LightRay, nor any sort of income, beneficial arrangement, or other direct or indirect interest in either LightRay itself or LightRay's claims in this matter or in connection with any other matter.  Mr. Amanat does not do any business with LightRay and was not compensated in any way by LightRay for his introduction to Mr. Holling.

I make this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746

Dated: November 20, 2017

*[signature]*

Syed M. Ali Farooq