**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**AMAN RESORTS GROUP LIMITED,**<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 17-12811 (SCC)** |

## ORDER DISMISSING CHAPTER 11 CASE

Upon consideration of the (a) *Motion to Dismiss the Chapter 11 Case of Aman Resorts Group Limited*, dated October 13, 2017 [Dkt. No. 39] (the "Motion to Dismiss") of Aman Resorts Group Limited ("ARGL") and Tarek Investments Limited, for entry of an order dismissing the above-captioned Chapter 11 case (the "Chapter 11 Case"), (b) *Lightray Imaging Inc.'s Opposition to Motion to Dismiss the Chapter 11 Case of Aman Resorts Group Limited*, dated November 20, 2017 [Dkt. No. 50], and (c) *Tarek Investments Limited and Aman Resorts Group Limited's Omnibus Reply in Support of Motion to Dismiss the Chapter 7 Case of Peak Hotels and Resorts Group Limited and Motion to Dismiss the Chapter 11 Case of Aman Resorts Group Limited*, dated November 29, 2017 [Dkt. No. 57]; and the Court having held a hearing to consider the Motion to Dismiss on November 30, 2017; and the Court having determined that it has jurisdiction over the Motion to Dismiss pursuant to 28 U.S.C. §§ 157 and 1334; that these proceedings are core proceedings pursuant to 28 U.S.C. § 157(b); that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; that notice of the Motion to Dismiss is appropriate and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion to Dismiss is GRANTED.

2. The Chapter 11 Case is hereby dismissed.

3. Nothing in this Order shall affect in any way the Chapter 11 case of ARGL pending in this Court, Case No. 16-10517 (SCC).

4. The Court shall retain jurisdiction with respect to this Order, including, but not limited to any motion seeking attorneys' fees, costs, and sanctions.

Dated:  New York, New York
        December 19, 2017

/S/ Shelley C. Chapman
THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE